UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XACTUS, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 3:26-cv-05223<br><br>**XACTUS LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant, Xactus, LLC ("Xactus"), certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Xactus is wholly owned by Cascade CISS Holdings, LLC ("Cascade"), which is a Delaware Limited Liability Company. No publicly held corporation owns 10% or more of Cascade.

DATED: March 5, 2026

BALLARD SPAHR LLP

By: *s/ Pilar French*

Pilar French, WSBA No. 33300
Harlan T. Mechling, WSBA No. 53193
601 SW Second Ave., Suite 2100
Portland, Oregon 97204-3158
Telephone: 503 778 2100
Frenchp@ballardspahr.com
MechlingH@ballardspahr.com

DocketClerk_Portland@ballardspahr.com
Attorneys for Defendants



**BALLARD SPAHR LLP**
RUSSELL INVESTMENTS CENTER
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107