HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RON LITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>XACTUS, LLC, and DOES 1-10,<br><br>Defendants. | NO. 3:26-cv-05223-TMC<br><br>PARTIES' STIPULATED DISMISSAL PURSUANT TO FRCP 41<br><br>**Clerk's Action Required** |

**STIPULATION**

COME NOW the parties, by and through their counsel, and stipulate that good cause exists for this case to be dismissed with prejudice and without an award of costs or attorney's fees to any party.

DATED April 16, 2026

NORTHWEST DEBT RESOLUTION, LLC

/s/ Peter Schneider
Peter Schneider, WSBA# 43131
Attorney for Plaintiff

BALLARD SPAHR LLP

/s/ Pilar French
Pilar French, WSBA# 33300
Attorney for Xactus, LLC

/s/Harlan T. Mechling
Harlan T Mechling, WSBA# 53193
Attorney for Xactus, LLC



NORTHWEST DEBT RESOLUTION
10900 4th STREET, STE. 2300
BELLEVUE, WA 98004
PH: 206-800-6000
FX: 206-800-6015